

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00158-CR

The **STATE** of Texas,
Appellant

v.

Marco Antonio **SANCHEZ-ESPINOZA**,
Appellee

From the County Court At Law No. 1, Webb County, Texas
Trial Court No. 2022CRB000751L1
Honorable Leticia Martinez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, we REVERSE the trial court's order granting Marco Antonio Sanchez-Espinoza habeas relief, RENDER judgment dismissing Sanchez-Espinoza's habeas application, and REINSTATE the information charging Sanchez-Espinoza with the misdemeanor offense of criminal trespass.

SIGNED October 23, 2024.

Liza A. Rodriguez, Justice